UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2018

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Brown, Margarie L. | Docket No. | 2:17CR00128-RMP-8 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Margarie L Brown, who was placed under pretrial release supervision by the Honorable John T. Rodgers, U.S. Magistrate Judge, sitting in the Court at Spokane, Washington, on the 2nd day of August 2017. In addition, Ms. Brown was placed under a sentencing diversion agreement by the Honorable Rosanna Malouf Peterson, U.S. District Judge, sitting in the Court at Spokane, Washington, on the 21st day of March 2018, under the following conditions:

**Standard Condition #1 (imposed on August 2, 2017):** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant first notifies the supervising Pretrial Services officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #8:** Margarie L. Brown is alleged to have failed to report law enforcement contact that occurred on September 24, 2018, to the U.S. Probation Office, within 1 business day.

On August 7, 2017, the conditions of pretrial release supervision were reviewed with Ms. Brown. She acknowledged an understanding of her conditions, which included standard condition number 1.

On April 16, 2018, the conditions of the sentencing diversion agreement were reviewed with Ms. Brown. She acknowledged an understanding of her conditions, which included condition number 3(c)(v).

The following information was gathered from Spokane Police Department incident report number 2018-20191623.

On September 24, 2018, an officer with the Spokane Police Department contacted Ms. Brown as she was in a Honda Civic that had a license plate for a BMW. Ms. Brown allegedly told the officer she had purchased the vehicle for $200 from a friend. The officer observed the only way to start the vehicle was with a screwdriver. In addition, the officer was unable to contact the registered owner to check the status of the vehicle. Subsequently, the officer took the license plate information and advised Ms. Brown to not drive the vehicle as it was not licensed and her driver's license was revoked.

It does not appear that Ms. Brown has been formally charged with a crime as a result of this law enforcement contact. However, Ms. Brown failed to report this law enforcement contact to the U.S. Probation Office within 1 business day.

On October 11, 2018, the undersigned officer confronted Ms. Brown about the above-noted law enforcement contact. Ms. Brown confirmed she was contacted by an officer and was not charged with a crime. The undersigned officer reminded Ms. Brown of the expectation to report law enforcement contact to the U.S. Probation Office within 1 business day.

Re: Brown, Margarie L.
October 18, 2018
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 18, 2018

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/18/2018

Date