PROB 12C
(6/16)

Report Date: July 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margarie L. Brown | Case Number: 0980 2:17CR00128-RMP-8 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 8, 2019

Original Offense:     Bank Fraud, 18 U.S.C. § 1344(1) and (2)

| | | |
|---|---|---|
| Original Sentence: | Prison - Time Served; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: May 15, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 14, 2022 |

### PETITIONING THE COURT

To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On July 22, 2020, the offender was in direct violation of special condition number 7 by failing to report as directed for urinalysis testing at Pioneer Human Services.<br><br>On July 23, 2020, the U.S. Probation Office received notification from Pioneer Human Services that the offender failed to report for urinalysis testing as directed on July 22, 2020.<br><br>On May 20, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, the offender was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer. |

Prob12C
Re: Brown, Margarie L.
July 24, 2020
Page 2

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 24, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

7/24/2020

Date