PROB 12C
(6/16)

Report Date: August 13, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margarie L. Brown | Case Number: 0980 2:17CR00128-RMP-8 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 8, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) and (2) | | |
| Original Sentence: | Prison - Time Served; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | May 15, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | May 14, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/24/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, methamphetamine, on or about August 9, 2020. |
| | On August 11, 2020, the offender reported to Pioneer Human Services as directed to submit to urinalysis testing. The urine specimen provided by the offender returned presumptive positive for methamphetamine and she signed a drug use denial form indicating she had not ingested said controlled substance. |
| | On August 12, 2020, the undersigned officer contacted the offender to address the aforementioned positive drug test result. During the discussion, the offender admitted to ingesting methamphetamine on or about August 9, 2020. |

Prob12C
Re: Brown, Margarie L.
August 13, 2020
Page 2

On May 20, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, the offender was made aware by her U.S. probation officer that she must refrain from any unlawful use of a controlled substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 13, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/13/2020
Date