PROB 12C
(6/16)

Report Date: August 25, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margarie L. Brown | Case Number: 0980 2:17CR00128-RMP-8 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 8, 2019

Original Offense:     Bank Fraud, 18 U.S.C. § 1344(1) and (2)

| | | |
|---|---|---|
| Original Sentence: | Prison - Time Served<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: May 15, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 14, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/24/2020 and 8/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  The offender is alleged to have violated special condition number 7, by failing to report as directed for urinalysis testing at Pioneer Human Services on August 24, 2020. |
| | On August 25, 2020, the U.S. Probation Office received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on August 24, 2020. |
| | On May 20, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, she was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer. |

Prob12C
**Re: Brown, Margarie L.**
**August 25, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 25, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/25/2020

Date