PROB 12C
(6/16)

Report Date: December 17, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 17, 2020**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Margarie L. Brown | Case Number: | 0980 2:17CR00128-RMP-8 |
| Address of Offender: | | Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 8, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. §§ 1344(1) and (2) | | |
| Original Sentence: | Prison - Time Served<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | May 15, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | May 14, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/24/2020, 8/13/2020, 8/25/2020, and 11/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3** : You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting controlled substances, amphetamine and methamphetamine, on or about December 2, 2020.<br><br>On May 20, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging she understood her requirements.  Specifically, she was made aware by her U.S. probation officer that she must refrain from any unlawful use of a controlled substance.<br><br>On December 2, 2020, Ms. Brown reported to Pioneer Human Services to submit to urinalysis testing. The urine specimen provided by the offender returned presumptive positive for methamphetamine.  At that time, she refused to admit or deny her use of said controlled substance.  On December 11, 2020, the urine specimen was confirmed positive for amphetamine and methamphetamine. |

Prob12C
**Re: Brown, Margarie L.**
**December 17, 2020**
**Page 2**

| | | |
|---|---|---|
| | 6 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 7 by failing to report to Pioneer Human Services for urinalysis testing on November 24, and December 1, 2020.

On May 20, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging she understood her requirements. Specifically, she was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

The probation officer received email correspondence from Pioneer Human Services indicating Ms. Brown failed to report for urinalysis testing on November 24, and December 1, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 17, 2020

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

12/17/2020
Date