PROB 12C
(6/16)

Report Date: January 28, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Margarie L. Brown | Case Number: | 0980 2:17CR00128-RMP-8 |
| Address of Offender: | | Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 8, 2019

Original Offense: Bank Fraud, 18 U.S.C. §§ 1344(1) and (2)

Original Sentence: Prison - Time Served        Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: David Michael Herzog        Date Supervision Commenced: May 15, 2019

Defense Attorney: Federal Defenders Office        Date Supervision Expires: May 14, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/24/2020, 8/13/2020, 8/25/2020, 11/13/2020, and 12/17/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 7, by failing to report to Pioneer Human Services for urinalysis testing on January 26, and January 27, 2021.<br><br>On May 20, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging she understood her requirements. Specifically, she was made aware by her U.S. probation officer that she must submit to urinalysis and sweat patch testing, as directed by the supervising officer. |

Prob12C
Re: Brown, Margarie L.
January 28, 2021
Page 2

On January 26, 2021, Ms. Brown was scheduled to report to Pioneer Human Services for random urinalysis testing. On this same date, the probation officer received a text message from the offender stating she was unable to submit to urinalysis testing because she arrived after the facility closed. In response, the probation officer instructed her to report to Pioneer Human Services for urinalysis testing on January 27, 2021.

On January 27, 2021, Ms. Brown failed to report to Pioneer Human Services for urinalysis testing. On this same date, the probation officer received a text message from the offender indicating she was unable to submit to urinalysis testing due to transportation issues.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 28, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*[signature]*

Signature of Judicial Officer

1/29/2021
Date